Case 1:07-cr-00094-IMK    Document 1    Filed 09/12/2007    Page 1 of 2

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
SEP 1 2 2007

UNITED STATES OF AMERICA,

Plaintiff,

v.

THOMAS CLANCY,

Defendant.

Criminal No. 1:07cr94

Violations:  21 USC § 841(a)(1)
             21 USC § 841(b)(1)(C)
             21 USC § 853

**INDICTMENT**

U.S.D.C. of DE.
Case No.: 07-256-M

The Grand Jury charges that:

**COUNT ONE**

On or about March 1, 2007, in Monongalia County, within the Northern District of West Virginia, the defendant, **THOMAS CLANCY**, did unlawfully, knowingly, intentionally manufacture 50 or more marijuana plants, a Schedule I drug controlled substance; in violation of Title 21, United States Code, §§841(a)(1) and 841(b)(1)(C).

(Forfeiture Allegation)

1. Pursuant to Title 21 section 853, upon obtaining a conviction with respect to an alleged Controlled Substance Act offense, it is the intention of the United States to seek at sentencing the forfeiture of any property that was used, or intended to be used, to commit or to facilitate the commission of such offense, and any property, real or personal, that constitutes or was derived from proceeds traceable to such offense, including a residence located at ------------------------------, Morgantown, West Virginia.

2. If any forfeitable property, as a result of any act or omission of a convicted defendant (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States to seek the forfeiture of any property owned by any convicted defendant up to the value of the forfeitable property described above.

A true bill,

/S/
Grand Jury Foreperson
(Signature on File)


/S/ Zelda E. Wesley for
SHARON L. POTTER
United States Attorney