IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| v.  ) | [N.D.W.V. Case No. 07-94-UNA] |
| ) | U.S.D.C. of DE. No. 07-256-M |
| THOMAS CLANCY, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR DETENTION HEARING**

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

   \_\_\_   Crime of violence (18 U.S.C. § 3156)

   \_\_\_   Maximum sentence life imprisonment or death

   _X_   10+ year drug offense

   \_\_\_   Felony, with two prior convictions in above categories

   \_\_\_   Minor victim

   \_\_\_   Possession/ use of firearm, destructive device or other dangerous weapon

   \_\_\_   Failure to register under 18 U.S.C. § 2250

   _X_   Serious risk defendant will flee

   \_\_\_   Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

   _X_   Defendant's appearance as required

   _X_   Safety of any other person and the community

3. **Rebuttable Presumption**. The United States WILL invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because **(check one or both)**:

    _X_ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense (_____) with minor victim

    ___ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    ___ At first appearance

    _X_ After continuance of _3_ days (not more than 3).

5. **Temporary Detention**. The United States requests the temporary detention of the defendant for a period of _____ days (not more than 10) so that the appropriate officials can be notified since **(check 1 or 2, and 3)**:

    1. At the time the offense was committed the defendant was:

        ___ (a) on release pending trial for a felony;

        ___ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        ___ (c) on probation or parole for an offense.

    ___ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

    ___ 3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this  28th  day of  December , 200 7 .

                     Respectfully submitted,

                     COLM F. CONNOLLY
                     United States Attorney

BY: _____
       Christopher J. Burke
       Assistant United States Attorney