OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

PETER T. DALLEO
Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

```
Clerk, U. S. District Court
for the District of Northern W.V.
500 West Pike Street, Room 301
P.O. Box 2857
Clarksburg, WV  26302
```

December 28, 2007

**RE: USA v. THOMAS CLANCY**
**U.S.D.C. of DE No.: 07-256-M**

Dear Clerk:

Enclosed please find the original record together with a certified copy of the docket entries in the above referenced case.

Please acknowledge receipt of the documents on the enclosed duplicate of this letter.

Sincerely,

Ronald Golden
Deputy Clerk

/rpg
enclosure

I hereby acknowledge receipt of the record in the above referenced case on ___12/31/07___.
                                        (date)

___Melody Somers___
          Signature

___Deputy Clerk___
          Title

FILED
2008 JAN -2 PM 1:56
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE